# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SCOTT DUPREE,<br>    Plaintiff, | §<br>§<br>§ |
| VS. | §   Case No. 4:12CV00433 |
| | § |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE, SUCCESSOR IN INTEREST<br>BY MERGER TO LaSALLE NATIONAL<br>ASSOCIATION, AS TRUSTEE FOR<br>CERTIFICATE HOLDERS OF BEAR<br>STEARNSASSET BACKED SECURITIES I,<br>LLC ASSET BACKED CERTIFICATES,<br>SERIES 2004-HE9,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 19, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and a recommendation that Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 4) be GRANTED and that Plaintiff's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court. Therefore, Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 4) is GRANTED and Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE